**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
Facsimile: (213) 252-8009
cm@SoCalEAG.com

Attorneys for Plaintiff
SAM BENFORD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM BENFORD, <br><br>       Plaintiff, <br><br>   vs. <br><br> SUSTAIN LA LLC; MARCO HERNANDEZ, AS SUCCESSOR TRUSTEE OF THE RAMONA HERNANDEZ SEPARATE PROPERTY TRUST; and DOES 1 to 10, <br><br>       Defendants. | **Case No.: 2:24-cv-04024-RGK (MRWx)** <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff SAM BENFORD ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1)    *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**

1                        (i)     A notice of dismissal before the opposing party serves either an

2                    answer or a motion for summary judgment.

3  None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for

4  summary judgment.  Accordingly, this matter may be dismissed without an Order of the

5  Court.

6

7  DATED:  July 18, 2024                 **SO. CAL. EQUAL ACCESS GROUP**

8

9

10                                     By:    */s/   Jason J. Kim*

11                                        Jason J. Kim, Esq.

                                         Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**